COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 7811

43,586-09

                    1998-CR-3488          WR-43,586-09

TO THE HONORABLE CLERK OF THE COURT OF CRIMINAL APPEALS

        This request is for discernment of whether or not This Court will
receive My Writ of Habeas Corpus-With Motion To Vacate and Set Aside Entry
of Void Judgment-from The 144th Judicial District Court of Bexar County;
Which has been the Subject of Cause Number WR-43,586-09, and Trial Court
Number:1998-CR-3488. Pursuant To Art.,11.07,The District Clerk must forward
The Writ and Motion To this Court,however the denial of Mandamus prompts
this inquiry. Please respond immediately for all relief that I am entitled
to under the Law.

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 24 2015
Abel Acosta, Clerk

                        The StrawMan-James Rebector

                        StrawMan, James Rebector#896933
                        StrawMan,James Rebector#896933
                        Alfred D.Hughes Unit,4D11-04B
                        Route 2,Box 4400
                        Gatesville,Texas 76597
                        (254)865-6663,Unit Warden